UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC DEWAYNE RUSSELL**                                                  **PETITIONER**
**VS.**                    **NO. 5:07CV00167  JMM/JTR**

**LARRY NORRIS, DIRECTOR**
**ARKANSAS DEPARTMENT OF**
**CORRECTIONS.**                                      **RESPONDENT**

<u>ORDER</u>

The Court has reviewed the proposed findings and recommendations from Magistrate Judge Henry L. Jones. There have been no objections to the proposed findings and recommendations.

The Court adopts Magistrate Judge Jones findings and partial recommendations as they relate to Respondent's motion to dismiss (#7), Petitioner's motion for copies (#9), and Petitioner's motions to amend (#9 and #10).

After a careful, <u>de</u> <u>novo</u> review of the record, the Court concludes that the findings and partial recommendation should be, and hereby are, approved and adopted in their entirety as this Court"s findings in all respects.

IT IS THEREFORE ORDERED that:

1. Respondent is granted twenty (20) days in which to supplement his motion to explain why presentation of Petitioner's claims in Rule 37 proceedings does not satisfy the exhaustion requirement;

2. If Respondent concedes Petitioner has exhausted state remedies and withdraws his motion, he is directed to respond to the petition within the twenty day time limit;

3. Petitioner's July 30th and August 2nd, 2007 motions to amend are denied; and

    4. Petitioner's Motion for Copies is denied.

    The case is referred back to the Magistrate Judge including the pending Motion to Appoint Counsel, Respondent's Motion for Extension of Time[1], and Petitioner's August 20, 2007 Motion to Amend his petition.

    IT IS SO ORDERED this 27 day of August, 2004.

                                           James M. Moody
                                           United States District Judge

---

[1] Respondent's Motion for Extension of Time states that it is requesting additional time to respond to Petitioner's petition. It does not seek additional time to make objections to the Magistrate Judge's partial recommendation and findings.