IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISAAC DEWAYNE RUSSELL                                             PETITIONER

VS.                              CASE NO. 5:07CV00167 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                 RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

Petitioner's Motion for Continuance is also denied (#30) based upon the findings and recommendations of the Magistrate Judge which have been adopted by this Court.

Petitioner's request for copies contained in his Motion for Continuance is granted to the extent that the Clerk of the Court is directed to send petitioner copies of state court documents he has filed with this Court. The request is denied as it relates to motions and briefs petitioner has filed with this Court as he originated those documents.

SO ORDERED this 6 day of Nov, 2007.

_____
UNITED STATES DISTRICT JUDGE